UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
SOUTHEASTERN DIVISION

| | |
|---|---|
| LEDALE NATHAN,<br><br>Petitioner,<br><br>v.<br><br>JASON LEWIS, et al.,<br><br>Respondents. | No. 1:19-cv-00152-DDN |

**MEMORANDUM AND ORDER**

This matter comes before the Court on the motion of petitioner Ledale Nathan for leave to proceed in forma pauperis. (Docket No. 2). Having reviewed the information submitted by petitioner, the Court finds that the motion should be granted.

Accordingly,

**IT IS HEREBY ORDERED** that petitioner's motion for leave to proceed in forma pauperis (Docket No. 2) is **GRANTED**

Dated this 20th day of September, 2019.

DAVID D. NOCE
UNITED STATES MAGISTRATE JUDGE